**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 06-80070-CIV-RYSKAMP/VITUNAC

RICHARD D. COHEN,

Plaintiff,

v.

WORLD OMNI FINANCIAL CORP.,

Defendant.
_________________________________/

**ORDER DENYING MOTION TO TAX APPELLATE COSTS**

THIS CAUSE comes before the Court pursuant to Plaintiff's Motion to Tax Appellate Costs, filed December 20, 2007 **[DE 48]**. Defendant responded on January 4, 2008 **[DE 50]**. Plaintiff replied on January 4, 2008 **[DE 51]**. This motion is ripe for adjudication.

On November 20, 2007, the Eleventh Circuit vacated two separate orders of this Court, the Order Granting Summary Judgment in favor of Defendant dated August 14, 2006 and the Order Granting Defendant's Motion for Attorneys' Fees dated January 17, 2007. In two separate letters dated November 27, 2007, the Clerk of the Court of Appeals advised that costs of the appeals be taxed against Defendant in the amount of $118.80 and $128.70 for Plaintiff's copying costs. Plaintiff now requests appellate costs for his filing fees and his supercedeas bond.

Pursuant to Fed.R.App.P. 39(a)(4), where a judgment is vacated, costs are taxed only pursuant to an order of the appellate court: "if the judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed only as the court orders." See Golden Door Jewelry Creations, Inc. v. Lloyds Underwriters Non-Marine Association, 17 F.3d 1320 8, 1340-41 (11th Cir. 1997) ("in cases where this court's determination does not produce closure, we must

determine the relief to which the parties are entitled. Where this court's order fails to explicitly grant a class of costs, we must interpret that sounds as a rejection of those costs."). The Eleventh Circuit has not ordered that Plaintiff recover costs for his filing fees for his supercedeas bond. Accordingly, it is hereby

ORDERED AND ADJUDGED the Plaintiff's motion is DENIED.

DONE AND ORDERED at Chambers in West Palm Beach, Florida this 16th day of June, 2008.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE